UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PATRICK MARTINEZ<br>  a/k/a "P"<br>GERALD GERMAINE BELL<br>  a/k/a "Red" | CASE NO. 3:17-cr-103-MMH-JRK |

Counsel for Government:
Julie Hackenberry

Counsel for Defendant Martinez:
Henry M. Coxe, III

Counsel for Defendant Bell:
Wade Rolle

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles
U.S. Probation: Irish Anderson

Court Reporter: Cindy Packevicz Jarriel

### CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

Defendant Patrick Martinez:

Plea previously accepted.

Defendant adjudged guilty on Count **One of the Indictment**

The Motion by the United States for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Dkt. No. 113) is **GRANTED**.

Imprisonment:   **SIXTY-FIVE (65) MONTHS**

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration as close as possible to Houston, Texas.
- Defendant receive mental health treatment.
- Defendant participate in any and all substance abuse treatment programs available.
- Defendant enroll in any educational and vocational programs available.

Supervised Release:   **THREE (3) YEARS**

Special conditions of supervised release:
- Defendant shall participate as directed in a program for substance abuse treatment.
- Defendant shall participate as directed in a program of mental health treatment.
- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, or vehicle.
- Defendant shall cooperate in the collection of DNA.

Special Assessment: __$100.00__ to be paid immediately.

Count Two of the Indictment is dismissed on the motion of the Assistant U.S. Attorney and pursuant to the Plea Agreement.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

<u>Defendant Gerald Germaine Bell:</u>

Plea previously accepted.

Defendant adjudged guilty on Count **One of the Indictment**

The Motion by the United States for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Dkt. No. 112) is **GRANTED**.

Defendant's Exhibits: __1, 2__

Imprisonment: __**NINETY (90) MONTHS**__

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration as close as possible to Jacksonville, Florida.
- Defendant receive mental health treatment.
- Defendant participate in any and all substance abuse treatment programs available, including the RDAP program.
- Defendant enroll in any educational and vocational programs available, including a program to obtain his GED.

Supervised Release: __**FIVE (5) YEARS**__

Special conditions of supervised release:
- Defendant shall participate as directed in a program for substance abuse treatment.
- Defendant shall participate as directed in a program of mental health treatment.
- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, or vehicle.
- Defendant shall cooperate in the collection of DNA.

Special Assessment: __**$100.00**__ to be paid immediately.

Count Two of the Indictment is dismissed on the motion of the Assistant U.S. Attorney and pursuant to the Plea Agreement.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

Date: July 7, 2021    Time: 1:39 p.m. – 3:34 p.m.    Total: 1 Hour, 55 Minutes